**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-7403**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MONTE CLAY MOSLEY,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James H. Michael, Jr., Senior District Judge. (CR-95-16, CA-98-684-7)

─────────────

Submitted:  June 6, 2000            Decided:  July 24, 2000

─────────────

Before MURNAGHAN, WILKINS, and LUTTIG, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Monte Clay Mosley, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monte Clay Mosley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Mosley, Nos. CR-95-16; CA-98-684-7 (W.D. Va. Sept. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2